**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25-00147-01-CR-W-DGK |
| | ) | |
| MARQUISE L. NORTH, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On March 25, 2026, the Honorable Magistrate Judge Lajuana M. Counts issued her Report and Recommendation, recommending Defendant's guilty plea be accepted and Defendant be adjudged guilty of (1) violations of 18 U.S.C. § 1951, that is, Hobbs Act Robbery, as charged in Counts One, Three, Six, Eight, Ten, Twelve, Fourteen, Sixteen, Eighteen, Twenty, Twenty-Two, Twenty-Four, Twenty-Six, and Twenty-Eight of the Indictment; (2) a violation of 18 U.S.C. § 1951, that is, Attempted Hobbs Act Robbery, as charged in Count Five of the Indictment; and (3) violations of 18 U.S.C. § 924(c)(1)(A)(ii), that is, Brandishing a Firearm in Furtherance of a Crime of Violence, as charged in Counts Two and Four of the Indictment. ECF No. 23. Neither party has objected, and the time for doing so has passed.

In light of the evidence in the Record and the lack of objection from either party, the Court adopts the Magistrate Judge's Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of the charged crime in Count One of the Information.

**IT IS SO ORDERED.**

Date:  April 30, 2026  

/s/ Greg Kays  
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT